| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>John D. Freed, SBN 261581<br>Jean Fundakowski SBN 328796<br>Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA  94111<br>Tel: (415) 276-6500 / Fax: (415) 276-6599<br>Emails: JakeFreed@dwt.com; JeanFundakowski@dwt.com<br>ATTORNEY(S) FOR: Defendants WealthForge Holdings, Inc. and WealthForge Securities, LLC | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLLIFIELD, et al.<br><br>Plaintiff(s),<br>v.<br>RESOLUTE CAPITAL PARTNERS LTD., LLC, *et al.*<br><br>Defendant(s) | CASE NUMBER:<br>2:22-cv-07885-SB-RAO<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   WEALTHFORGE HOLDINGS, INC.; and WEALTHFORGE SECURITIES, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| WealthForge Holdings, Inc. | Defendant |
| WealthForge Securities, LLC | Defendant |
| XL America, Inc. | Insurer for WealthForge Holdings, Inc. and WealthForge Securities, LLC |

November 2, 2022
Date

/s/John D. Freed
Signature
John D. Freed

Attorney of record for (or name of party appearing in pro per):

Defendants WEALTHFORGE HOLDINGS, INC., and WEALTHFORGE SECURITIES, LLC