1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL HOLLIFIELD, et al.

Plaintiffs,

vs.

RESOLUTE CAPITAL PARTNERS
LTD., et al.,

Defendants,

Case No. 2:22-cv-07885-SB-RAO

**[PROPOSED] ORDER**

The Court, having considered the Motion to Dismiss of Defendants Wealthforge Holdings, Inc. and  Wealthforge Securities, LLC's  as well as the supporting and opposing papers, exhibits, and the papers and records on file in this action, and finding good cause therefrom, hereby **ORDERS** that Defendant's Motion to Dismiss is **GRANTED,** and plaintiff Michael Hollifield, Complaint is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(6).

IT IS SO ORDERED.

Dated:  <Select>

_____
Stanley Blumenfeld, Jr.
United States District Judge