CAMERON S. MATHESON (pro hac vice pending)
JOHN D. FREED (CA State Bar No. 261518)
JOEL L. RICHERT (CA State Bar No. 327116)
JEAN FUNDAKOWSKI (CA State Bar No. 328796)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA  94111
Telephone:  (415) 276-6500
Fax:  (415) 276-6599

Attorneys for Defendants
WEALTHFORGE HOLDINGS, INC. AND
WEALTHFORGE SECURITIES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLLIFIELD, et al.<br><br>        Plaintiffs,<br><br>   vs.<br><br>RESOLUTE CAPITAL PARTNERS LTD., et al.,<br><br>        Defendants. | Case No. 2:22-cv-07885-SB-RAO<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND TO SET DATE FOR HEARING ON WEALTHFORGE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Current Date:   December 16, 2022<br>Proposed New Date:  January 27, 2023<br>Time:  8:30 a.m.<br><br>Dept.:  6C<br>Hon. Stanley Blumenfeld, Jr.<br><br>Action Filed:  Sept. 28, 2022<br>Action Removed:  Oct. 28, 2022 |

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

WHEREAS, on November 14, 2022 the Court issued a Mandatory Scheduling Conference ("MSC") Order, Dkt. 19, setting an MSC for December 16, 2022 at 8:30 a.m.

WHEREAS, Plaintiffs have named over thirty separate Defendants in the First Amended Complaint ("FAC," Dkt. 21), many of whom were first named as Defendants in the FAC, filed on November 28, 2022;

WHEREAS, Plaintiffs have not yet served the majority of the Defendants in this case;

WHEREAS, Defendants WealthForge Holdings, Inc. and WealthForge Securities, LLC (together, "WealthForge") are the only Defendants to have appeared in this case to-date;

WHEREAS, Plaintiffs and WealthForge propose that judicial economy and party resources will be best served by continuing the December 16 MSC for until, at the earliest, late January 2023, to give Plaintiffs additional time to complete service, and to secure the participation of the maximum number of Defendants in the MSC process;

WHEREAS, WealthForge will move to dismiss the FAC by its current deadline of December 12, 2022, and requests consolidation of the MSC with the hearing on its forthcoming motion to dismiss, to minimize the travel burden on its lead counsel, who will travel to California from Virginia for these in-person appearances.

NOW THEREFORE, Plaintiffs and WealthForge hereby STIPULATE AND AGREE, subject to the Court's approval:

(1)     The MSC shall be continued to January 27, 2023 at 8:30 a.m.

(2)     The hearing on WealthForge's forthcoming motion to dismiss the FAC shall occur on January 27, 2023 at 8:30 a.m.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DATED: December 5, 2022

DAVIS WRIGHT TREMAINE LLP
CAMERON S. MATHESON
JOHN D. FREED
JOEL L. RICHERT
JEAN FUNDAKOWSKI

By: */s/ John D. Freed*
          John D. Freed

Attorneys for WealthForge Holdings,
Inc. and WealthForge Securities, LLC

DATED: December 5, 2022

MURRIN LAW FIRM
J. OWEN MURRIN

By: _____
          J. Owen Murrin

Attorneys for Plaintiffs

3
STIPULATION TO CONTINUE MSC AND SET HEARING ON MTD

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899