CAMERON S. MATHESON (pro hac vice pending)
JOHN D. FREED (CA State Bar No. 261518)
JOEL L. RICHERT (CA State Bar No. 327116)
JEAN FUNDAKOWSKI (CA State Bar No. 328796)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599

Attorneys for Defendants
WEALTHFORGE HOLDINGS, INC. AND
WEALTHFORGE SECURITIES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLLIFIELD, et al.<br><br>    Plaintiffs,<br><br> vs.<br><br>RESOLUTE CAPITAL PARTNERS LTD., et al.,<br><br>    Defendants. | Case No. 2:22-cv-07885-SB-RAO<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND SETTING DATE FOR HEARING ON WEALTHFORGE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Current Date: December 16, 2022<br>Proposed New Date: January 27, 2023<br>Time: 8:30 a.m.<br><br>Dept.: 6C<br>Hon. Stanley Blumenfeld, Jr.<br><br>Action Filed: Sept. 28, 2022<br>Action Removed: Oct. 28, 2022 |

[PROPOSED] ORDER

1

# [PROPOSED] ORDER

Presently before the Court is a Stipulation to Continue Mandatory Scheduling Conference and to Set Hearing Date on WealthForge's Motion to Dismiss. Plaintiffs and Defendants WealthForge Holdings, Inc. and WealthForge Securities, LLC (together, "WealthForge") represent that Plaintiffs have not yet served the majority of the more-than-30 named Defendants in this case.  Only the WealthForge Defendants have appeared to-date in this case.  The Court agrees judicial economy will be best served by continuing the December 16 MSC until such time as participation of a greater number of Defendants can be secured.  The Court also agrees that judicial economy and conservation of party resources favor consolidation of the MSC with the hearing on WealthForge's anticipated motion to dismiss the First Amended Complaint.

Accordingly, the Court finds good cause to continue the MSC and to consolidate the MSC with the motion to dismiss hearing, and GRANTS the Stipulation as follows:

(1) The MSC currently set for December 16, 2022 is continued to January 27, 2023 at 8:30 a.m.

(2) The Court shall hold the hearing on WealthForge's anticipated motion to dismiss the First Amended Complaint on January 27, 2023 at 8:30 a.m. WealthForge shall notice its motion to dismiss for this date and time.

IT IS SO ORDERED.

Date: _____          _____
                                 Hon. Stanley Blumenfeld Jr.
                                 United States District Judge

2

[PROPOSED] ORDER

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899