| | |
|---|---|
| 1 | J. Owen Murrin (SBN 75329) |
| 2 | Murrin Law Firm |
| 3 | 7040 E. Los Santos Drive |
|   | Long Beach, California 90815 |
| 4 | Phone:  562-342-3011 |
|   | Fax:  562-724-7007 |
| 5 | E-mail: jmurrin@murrinlawfirm.com |
| 6 | Attorneys for Plaintiffs Michael Holifield, et al. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLLIFIELD, et al. | **Case No.: 2:22-cv-07885-SB-RAO** |
| Plaintiffs, | **JOINT RULE 26(f) REPORT** |
| v. | Assigned to the Hon. Stanley Blumenfeld, Jr. |
| RESOLUTE CAPITAL PARTNERS LTD., et al., | |
| Defendants | Action Filed: Sept. 28, 2022 |
|   | Action Removed: Oct. 28, 2022 |

Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26-1, and the Court's Order Setting Scheduling Conference, Plaintiff's Michael Hollifield, Michael Anderson, Janelle Anderson, Rhonda Amey, Julietta Cabigas, Larry Carlson, Catherine Carlson, Thomas Wayne Carlson, Marilyn L. Carlson, Benyapa Feig, Bernard Feig, Linda V. Hildebrand, John Millhollon-Turner, Javen Poyyak, Connie Poyyak, Richard Shaon, Yvette Shaon, and Katheryn Mary Smith (collectively "Plaintiffs"), and Defendants, WealthForge Holdings, Inc. and Wealthforge Securities, LLC, (collectively "WealthForge") hereby submit their Joint Rule 26(f) Report.

1. **Subject Matter Jurisdiction**

This is a civil action in which this court has original jurisdiction under the provisions of 28 U.S.C § 1331in that the matter in controversy involves a federal

1
**JOINT RULE 26(f) REPORT**

question. Specifically, Plaintiffs allege that they have a cause of action under Section 15 of the Securities Exchange Act, 15 U.S.C § 780. As such, this is a civil action arising under the laws of the United States.

To the extent that the Complaint includes any state law claims, this court has supplemental jurisdiction over such claims because they are related to Plaintiffs' federal law claims such that they "form part of the same case or controversy" as they arise out of the same acts allegedly performed by Defendants to Plaintiffs.

## 2. Statement of the Case

Plaintiffs allege that Defendants cheated investors in an endeavor involving oil and gas investment. This involved the value of the underlying oil assets, the source of funding in the oil and gas investment, the persons and entities involved, and working to secure the commitment of necessary parties.  Specifically, Plaintiffs allege Defendants concealed a Ponzi like scheme. Plaintiffs allege Defendants were able to engage in these Ponzi scheme techniques by creating a variety of companies to solicit investments. Also, these entities fraudulently transferred investment assets to Defendant's companies, depleting investment assets. Furthermore, it is also alleged that this syndication sponsored by Defendants was illegal because it was Defendants acting as unregistered broker-dealers selling unregistered stock. This was accomplished by Defendants using surrogate broker-dealers like WealthForge. Plaintiffs were misled because none of the Plaintiffs were afforded the services and protections of a broker-dealer. Plaintiffs initially filed this complaint in Los Angeles County Superior Court on September 28, 2022. On October 28, 2022, this case was removed to federal court.

WealthForge states: On November 14, 2022, WealthForge filed a motion to dismiss the complaint.  In that motion, WealthForge argues that the Plaintiffs fail to allege (because they cannot truthfully allege) that any of them engaged in any transactions whatsoever involving WealthForge.  With respect to WealthForge, all that Plaintiffs allege is that (a) its name appears on a piece of marketing material for a transaction in which none of the

Plaintiffs invested, and (b) the marketing material was false because Plaintiffs did not purchase any securities through WealthForge.

On November 28, 2028, Plaintiffs filed a First Amended Complaint ("FAC," Dkt. 21). WealthForge has not yet responded to the FAC. WealthForge intends to move to dismiss the FAC.

No other defendant has responded to either the original complaint or the FAC. Twenty-seven defendants have not yet been successfully served. Plaintiff notes: although another attempted service though certified mail was made on December 1, 2022 to 25 defendants last known address.

**3. Damages/Insurance**

    a. *Damages*

        i. Plaintiffs assert that they have suffered about $3,000,000 of losses not counting as a class. This does not include other damages to be determined at trial like special damages, punitive damages, and attorney costs and fees. Plaintiffs will also ask for a rescission or return of all money invested plus interest.

    b. *Insurance*

        i. Defendant WealthForge has an insurance policy of $2,000,000. The insurer has not yet issued a reservation of rights.

**4. Parties and Evidence**

Plaintiffs: MICHAEL HOLLIFIELD; MICHAEL ANDERSON; JANELLE ANDERSON; RHONDA AMEY; JULIETA CABIGAS; LARRY CARLSON; CATHERINE CARLSON; THOMAS WAYNE CARLSON; MARILYN L. CARLSON; BENYAPA FEIG; BERNARD FEIG; LINDA V. HILDEBRAND; JOHN MILLHOLLON – TURNER; JAVEN POYYAK; CONNIE POYYAK; RICHARD SHAON; YVETTE SHAON; KATHRYN MARY SMITH

Defendants: RESOLUTE CAPITAL PARTNERS LTD., LLC; RESOLUTE CAPITAL MANAGERS LLC; RESOLUTE ENERGY CAPITAL, LLC; LEGACY

ENERGY, LLC; PETROROCK MINERAL HOLDINGS, LLC; CHOICE ENERGY HOLDINGS, LLC; CHOICE ENERGY HOLDINGS III, LLC; PRMH LENDERS FUND III, LLC; STRATEGIC ENERGY ASSETS VII, LLC; THOMAS JOSEPH POWELL; STEPHEN TOTH; RESOLUTE CAPITAL ADVISORS, LLC; HOMEBOUND RESOURCES, LLC; HOMEBOUND INC.; HOME BOUND FINANCIAL GROUP, LP; THOMAS CHAPMAN; WEALTHFORGE HOLDINGS, INC; WEALTH FORGE SECURITIES, LLC; CRONUS MINERAL HOLDINGS, LLC; LOVE 2 LIVE HOLDINGS, INC; TEXAS MINERAL HOLDINGS; MINERVA RESOURCES MANAGEMENT, LLC; 2X5 ENTERPRISES LIMITED PARTNERSHIP; VELOCITY NORTH INVESTMENTS, INC.; CHAPMAN WEALTH STRATEGIES; MERCURY OPERATING, LLC; TED ETHEREDGE; PABLO CORTEZ; SHELLY PERDUE; WARREN TARYLE; ROGER A. CRABB; JAQUELINE KUIPER; CODY FLORES; JASON BLAKE; JASON KRAMER; CAL.CODE OF CIV. PRO. §382 DEFENDANTS; AMERICAN ALTERNATIVE INVESTMENTS LLC; ROBYN D. WHITLOW; THOMAS J. BOESEN (CRD No. 2274704); LOVE 2 LIVE LLC; FELFRAN INVESTMENTS LLC; V&V RESIDENCE TRUST; FELFRANT TRUST; AND CONSTINTINE CAPITAL;

DOES 1-300    All plaintiffs, individual defendants, and any corporate representatives for the companies listed as defendants may be called to testify in this case.

### 5. Discovery

    a. *Status of Discovery*

        i. Plaintiffs and Defendant WealthForge have exchanged initial disclosures.

    b. *Discovery Plan*

        i. Plaintiffs and WealthForge do not propose any changes to the form or requirement for disclosures under Rule 26(a).

      ii. Plaintiffs and WealthForge anticipate serving interrogatories, requests for production, and requests for admissions.

      iii. Plaintiffs and WealthForge are not currently aware of any issues regarding disclosure, discovery, or preservation of electronically stored information.

      iv. Plaintiffs and WealthForge are not currently aware of any issues regarding claims of privilege or of protection as trial-preparation materials.

      v. Plaintiff does not propose any changes be made in the limitations on discovery under the Federal Rules of Civil Procedure or by Local Rule, nor does Plaintiff propose that any orders be issued under Rules 26(c), 16(b), or 16(c) at this time.

Because there are 14 plaintiffs in the case, all of whom defendants will want to depose, WealthForge proposes that the defendants be permitted to take 20 depositions without further leave of Court rather than the 10 permitted by Federal Rule of Civil Procedure 30(a)(2).

**6. Legal Issues**

    a. Who is considered the seller of unregistered stock and thus liable.

    b. Who is responsible for alleged misrepresentations, inadequate funding, and faulty registration.

    c. Whether investor money has been taken, whether it has been fraudulently conveyed and to whom.

    d. The amount of damages, if any, each defendant is responsible for.

    e. Whether Plaintiffs have plausibly alleged viable causes of action against WealthForge.

    f. Whether Plaintiffs can establish that class certification is appropriate.

**7. Motions**

    a. *Procedural Motions*

        i. Plaintiff intends to file a motion to amend the complaint to firm down parties and arrangements to obtain all responsible.

  b. *Dispositive Motions*

        i. WealthForge has moved to dismiss the original complaint on the grounds that Plaintiffs have failed to plausibly allege facts supporting any of the claims asserted against WealthForge. WealthForge intends to file a motion to dismiss the FAC on the same grounds.

  c. *Class Certification Motion*

        i. Plaintiff intends to file a Class Certification Motion within 120 days of the Mandatory Scheduling Conference or as set by the court.

**8. Alternative Dispute Resolution**

  a. *Prior Discussions*

        i. None.

  b. *ADR Selection*

        i. The parties agree to refer to the magistrate.

**9. Trial**

  a. *Proposed Trial Date*

        i. Plaintiffs and WealthForge propose a trial date of November 20, 2024 due to the high level of factual and legal complexity, the high number of parties named in the case, and due to the intention of the Plaintiffs to file for class action certification.

  b. *Time Estimate*

        i. The parties estimate that trial will take two weeks.

  c. *Jury Trial*

        i. The parties agree to a jury trial.

  d. *Magistrate Judge*

        i. The parties do not agree to try the case before a magistrate judge.

  e. *Trial Counsel*

   i. J. Owen Murrin, Esq., Attorney for all Plaintiffs

   ii. Cameron Matheson, Esq., Attorney for Defendants WealthForge Holdings, Inc. and WealthForge Securities, LLC.

   iii. No other appearances.

**10. Special Request**

   a. *Independent Expert or Master*

      i. None requested.

   b. *Manual for Complex Litigation Procedures*

      i. Not requested.

   c. *Other Issues*

      i. None known at this time.

Dated: 12/6/2022                MURRIN LAW FIRM

_____
J. Owen Murrin
Attorney for MICHAEL HOLLIFIELD, et al.

Dated: 12/6/2022                DAVIS WRIGHT TREMAINE LLP

_____
Cameron Matheson
John D. Freed (CA Bar No. 261518)
Jean Fundakowski (CA Bar No. 328796)
Attorneys for WEALTHFORGE HOLDINGS, INC. and WEALTHFORGE SECURITIES, LLC.