UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLLIFIELD, et al.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>RESOLUTE CAPITAL PARTNERS LTD., et al.,<br><br>　　　Defendants. | Case No. 2:22-cv-07885-SB-RAO<br><br>ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND TO SET DATE FOR HEARING ON WEALTHFORGE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [DKT. NO. 25] |

　　　Plaintiffs and Defendants WealthForge Holdings, Inc. and WealthForge Securities, LLC (together, the WealthForge Defendants, who are the only Defendants to have appeared in this case) have filed a stipulation to continue the mandatory scheduling conference (MSC). Dkt. No. 25. They seek a continuance to allow Plaintiffs to serve the other Defendants named in the First Amended Complaint (FAC), to allow the other Defendants to appear and participate in preparing the Joint Rule 26(f) Report, and to set the MSC at the same time as the WealthForge Defendants' anticipated motion to dismiss the FAC. The stipulation is GRANTED. The MSC set for December 16, 2022 is continued to January 27, 2023 at 8:30 a.m. The parties' Joint Rule 26(f) Report is due no later than January 17, 2023. The WealthForge Defendants are to notice their anticipated motion to dismiss for hearing on January 27, 2023. The parties should not expect a further continuance.

IT IS SO ORDERED.

Date: December 6, 2022

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1