J. Owen Murrin (SBN 75329)
Murrin Law Firm
7040 E. Los Santos Drive
Long Beach, California 90815
Phone: 562-342-3011
Fax: 562-724-7007
E-mail: jmurrin@murrinlawfirm.com
Attorneys for Plaintiffs Michael Holifield, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLLIFIELD, et al.<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>RESOLUTE CAPITAL PARTNERS LTD., et al.,<br><br>　　　　　　　Defendants | **Case No.: 2:22-cv-07885-SB-RAO**<br><br>**STIPULATION OF PLAINTIFFS, WEALTHFORGE HOLDINGS, INC., AND WEALTHFORGE SECURITIES, LLC TO DISMISS CAUSES OF ACTIONS 8, 18, 19, 20, 21 AND 22 AS AGAINST WEALTHFORGE HOLDINGS, INC., AND WEALTHFORGE SECURITIES, LLC.**<br><br>Dept.: 6C<br>Assigned to the Hon. Stanley Blumenfeld, Jr.<br><br>Action Filed: Sept. 28, 2022<br>Action Removed: Oct. 28, 2022 |

1

1  WHEREAS, on December 6, 2022, counsel for Plaintiff had a meet and confer
2  call with counsel for WealthForge Holdings Inc., and WealthForge Securities LLC
3  (herein collectively referred to as "WeatlthForge") which resulted in Plaintiffs'
4  agreement to dismiss causes of action 8, 18, 19, 20, 21, and 22 from Plaintiffs' First
5  Amended Complaint. Dkt. No. 21.

6  WHEREAS, the above parties request court approval dismissing Plaintiffs'
7  causes of action 8, 18, 19, 20, 21, and 22 as against WealthForge.

8  WHEREAS, the agreement precedes a deadline for WealthForge to bring a
9  motion to dismiss next week.

10  WHEREAS, Plaintiffs and WealthForge believe judicial economy and
11  resources will be saved if the court will honor the above. A dismissal of WealthForge
12  does not work because some causes of action against them remain.

13  NOW THEREFORE, Plaintiffs and WealthForge hereby stipulate to allow
14  Plaintiff to dismiss certain causes of action as against each WealthForge Defendant in
15  anticipation of WealthForges' motion to dismiss and to save the parties and the court
16  time and effort dealing with them. The causes of action the parties want dismissed as to
17  WealthForge Holdings Inc., and WealthForge Securities LLC are:

- No. 8
- No. 18
- No. 19
- No. 20
- No. 21
- No 22

| | | |
|---|---|---|
| 1 | Dated: 12/8/2022 | MURRIN LAW FIRM |
| 2 | | |
| 3 | | _____ |
| | | J. Owen Murrin |
| 4 | | Attorney for MICHAEL HOLLIFIELD, et al. |
| 5 | | 7040 E. Los Santos Drive |
| | | Long Beach, CA 90815 |
| 6 | | Phone: 562-342-3011 |
| 7 | | Fax: 562-724-7007 |
| | | E-mail: jmurrin@murrinlawfirm.com |

| | | |
|---|---|---|
| 12 | Dated: 12/8/2022 | DAVIS WRIGHT TREMAINE LLP |
| 13 | | /s/ Jake D. Freed |
| 14 | | Cameron Matheson |
| 15 | | Jake D. Freed (CA Bar no. 261518) |
| | | Jean Fundakowski (CA Bar No. 328796) |
| 16 | | Attorneys for WEALTH FORGE HOLDINGS, INC. and WEALTHFORGE SECURITIES, LLC. |
| 17 | | |
| 18 | | 505 Montgomery Street, Suite 800 |
| 19 | | San Francisco, CA 94111 |
| | | Phone: 415-276-9500 |
| 20 | | Fax: 415-276-6559 |
| 21 | | Email: cameronmatheson@dwt.com |
| 22 | | jakefreed@dwt.com |
| | | jeanfundakowski@dwt.com |