J. Owen Murrin (SBN 75329)
Murrin Law Firm
7040 E. Los Santos Drive
Long Beach, California 90815
Phone: 562-342-3011
Fax: 562-724-7007
E-mail: jmurrin@murrinlawfirm.com
Attorneys for MICHAEL HOLLIFIELD, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL HOLLIFIELD, et al** <br><br> **Plaintiffs,** <br> v. <br> **PETROROCK MINERAL HOLDINGS, LLC, et al** <br><br> **Defendants.** | **Case No:** 2:22-cv-07885-SB-RAO <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE SETTINGS AND DEADLINES** <br><br> Assigned to the Hon. Stanley Blumenfeld, Jr. <br><br> Action Filed: Sept. 28, 2022 |

The remaining parties, through undersigned counsel, hereby notify the Court that they have agreed to settle this matter. 10 hours plus mediation session occurred May 10, 2024, and concluded without agreement. The parties continued working. The evening of June 3, 2024, the parties accepted a Mediator's Proposal circulated by mediator Michael Curry of Austin, Texas. The terms of that proposal dispose of all matters in controversy.

1
NOTICE OF SETTLEMENT

The settlement is subject to approval by Hon. Stacey Williams, 101st District Court, Dallas County, Texas. Thereafter, the parties will submit a Joint Stipulation to Dismiss. We expect the process to be complete by June 30, 2024.

The parties jointly request that the upcoming motion hearing, pretrial deadlines and trial date be vacated pending completion of the settlement process.

Agreed to and respectfully submitted by,

Dated: June 4, 2024     /s/ J. Owen Murrin
　　　　　　　　　　　　J. Owen Murrin
　　　　　　　　　　　　Murrin Law Firm
　　　　　　　　　　　　Attorney for Plaintiffs et al.

Dated:  June 4, 2024    /s/ D. Robert Jones
　　　　　　　　　　　　Anthony M. Farmer
　　　　　　　　　　　　D. Robert Jones
　　　　　　　　　　　　Farmer Law Group, PLLC
　　　　　　　　　　　　For the Defendants Petrorock Mineral Holdings, LLC, Legacy Energy, LLC, Strategic Energy Assets VII, LLC, Choice Energy Holdings I, LLC, Choice Energy Holdings III, LLC, PMRH Lenders Fund I, LLC, PRMH Lenders Fund II, LLC, PRMH Lenders Fund III, LLC, and PRMH Lenders Fund IV, LLC