J. Owen Murrin (SBN 75329)
Murrin Law Firm
7040 E. Los Santos Drive
Long Beach, California 90815
Phone:  562-342-3011
Fax:  562-724-7007
E-mail: jmurrin@murrinlawfirm.com
Attorneys for Plaintiffs Michael Hollifield, et al.

Anthony M. Farmer
D. Robert Jones
Farmer Law Group, PLLC
Oak Cliff Tower
400 S. Zang Blvd., Ste. 350
E-mail: afarmer@farmerlawgroup.com
drjones@farmerlawgroup.com
Phone:  214-948-8333
Fax:  214-915-8853
Dallas, Texas 75208
Attorneys for Defendants
PetroRock Mineral Holdings, LLC, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL HOLLIFIELD, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>RESOLUTE CAPITAL PARTNERS LTD, LLC, et al.,<br><br>   Defendants. | Case No. 2:22-cv-07885-SB-RAO<br><br>**AMENDED JOINT STIPULATION OF DISMISSAL [FRCP 41(A)(1)(A(II)]** |

Plaintiffs MICHAEL HOLLIFIELD, et al. and Defendants PETROROCK MINERAL HOLDINGS, LLC; PRMH LENDERS FUND, LLC; PRMH LENDERS FUND II; PRMH LENDERS FUND III, LLC; PRMH LENDERS FUND IV, LLC; SEA VII; CHOICE ENERGY HOLDINGS – I, LLC; CHOICE ENERGY HOLDINGS – III,

1
**AMENDED JOINT STIPULATION OF DISMISSAL [FRCP(41)(A)(1)(A)(II)**

LLC, LEGACY ENERGY, LLC hereby alter and amend the prior stipulation dated July 1, 2024 and instead stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that these named defendants only be dismissed with prejudice as to all claims and causes of action, relating to them.  The parties intend to leave undisturbed the prior resolutions of claims asserted against other defendants with each party bearing that party's own attorney's fees and costs.

Dated:  July 3, 2024            FARMER LAW GROUP, PLLC

By:    /s/D. Robert Jones
Anthony Farmer Attorneys
for PetroRock Defendants


Dated:  July 3, 2024            MURRIN LAW FIRM

BY:    /s/*John Owen Murrin III*[1]
John Owen Murrin III
Attorneys for Plaintiffs

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the Local Rules of the United States District Court for the Central District of California, the filer hereby certifies that the content of this document is acceptable to attorney D. Robert Jones.